IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
*Newport News Division*

| | |
|---|---|
| DEON HARRIS, )<br>)<br>Petitioner )<br>)<br>V. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | CRIMINAL ACTION NO.: 4:22-cr-20<br>CIVIL ACTION NO.: 4:24-cv-106 |

### Government's Supplemental Response in Opposition to Defendant's Motion to Vacate, Set Aside, and Correct Sentence

The United States of America, by and through its attorneys, Erik S. Siebert, United States Attorney for the Eastern District of Virginia, and Peter G. Osyf, Assistant United States Attorney, submits this Supplemental Response of the United States to Petitioner's Motion to Vacate, Set Aside or Correct a Sentence filed by Deon Harris (hereinafter "Harris" or "Petitioner"), pursuant to 28 U.S.C. § 2255. The Government submits that petitioner's motion should be denied as set forth below and in its previously filed response. *See* ECF 359.

1.  On March 18, 2024, Petitioner filed his first Section 2255 Motion. ECF 330. The motion was later withdrawn. ECF 342, 343. Petitioner refiled his Motion to Vacate on August 27, 2024, and the Court Ordered the Government to file a Response. ECF 353, 354.

2.  On November 26, 2024, the Court granted the Government's request for an order directing counsel to provide an affidavit in response to Petitioner's claims. ECF 355, 357. In addition, the Court granted thirty (30) days for the Government to file its response once counsel's affidavit was filed. *Id.* Counsel's affidavit was timely filed on December 26, 2024. ECF 358.

3.      The Government timely filed its' Response in Opposition to petitioner's Motion on January 27, 2025. ECF 359. Both defense counsel and the Government referenced the fact that although petitioner repeatedly cited his "memorandum" in his Section 2255 motion, no memorandum was filed with petitioner's motion. ECF 358, 359.

4.      On February 7, 2025, the Court Ordered petitioner to notify the Court in writing by March 10, 2025, whether the affidavit attached to his previously filed motion (ECF 330-1) should serve as the memorandum referenced in his new motion.  ECF 360.

5.      Petitioner filed a Motion for Supplemental Authorities on March 10, 2025. ECF 361. On March 14, 2025, the Court directed counsel to file a supplemental affidavit responding to petitioner's claims raised in his Section 2255 Motion. In addition, the Court offered the Government an opportunity to file a supplemental response by April 11, 2025.

6.       Counsel filed a supplemental affidavit *under seal* pursuant to the Court's Order and on March 24, 2025, this matter was transferred to the Honorable Judge Mark S. Davis. ECF 363.

7.      As directed by Court Order, the government hereby notifies the Court that it will rely on its previously filed Response in Opposition and has no further argument. *See* ECF 359.

For the reasons outlined in its previously filed response, the Court should deny Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to Title 28, United States Code, Section 2255.  *Id.*

          ERIK SEIBERT
          UNITED STATES ATTORNEY

By:        /s/
     Peter G. Osyf
     Assistant United States Attorney
     Attorney for the United States
     United States Attorney's Office
     One City Center
     11815 Fountain Way, Suite 200
     Newport News, VA 23606
     Ph:  (757) 591-4000
     Fax: (757) 591-0866
     Email: Peter.Osyf@usdoj.gov

## Certificate of Service

I certify that on April 9, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system who will send notice to counsel of record. I further certify that I have mailed a copy of this response to the defendant at the following addresses:

Deon Harris, Reg. No.: 25503-083
**LEGAL MAIL**
Fort Dix FCI
Federal Correctional Institution
Post Office Box 2000
Joint Base MDL, NJ 08640

By: _____/s/_____
Peter G. Osyf
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
One City Center
11815 Fountain Way, Suite 200
Newport News, VA 23606
Ph: (757) 591-4000
Fax: (757) 591-0866
Email: Peter.Osyf@usdoj.gov