UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DEON HARRIS,

                    Petitioner,

v.                                                          Civil Action No. 4:24cv106
                                                            Criminal Action No. 4:22cr20-5
UNITED STATES OF AMERICA,

                    Respondent.


## ORDER

This matter is before the Court on a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, filed by Petitioner, Deon Harris.  ECF No. 353.  On October 15, 2024, the Court entered an Order directing the Government to file a response to the petition within sixty (60) days.  ECF No. 354.  On November 26, 2024, before a response was due, the Court granted the Government's motion to compel former defense counsel to file an affidavit and motion for a briefing extension.  ECF No. 357.  Counsel's affidavit was later filed, and on January 27, 2025, the Government timely filed its § 2255 opposition brief.  ECF No. 359.

In February and March of 2025, the Court entered orders addressing certain additional filings from Petitioner, and directed former defense counsel to supplement his affidavit in response to arguments Petitioner raised in a recent filing.  ECF Nos. 360, 362.  The Court also: (1) provided the Government an opportunity to supplement its position after the affidavit was updated; and (2) indicated that it would issue a separate order setting a deadline for Petitioner to file a reply brief after it received any supplement from the Government.  ECF No. 362, at 3.

Thereafter, the instant § 2255 case was transferred to the undersigned District Judge.  ECF No. 363.  Following transfer, the Court received the supplemental affidavit from former defense counsel as well as the Government's supplemental opposition brief.  ECF Nos. 364, 366.

To complete briefing on this matter, Petitioner is entitled to file a § 2255 reply brief.  If Petitioner elects to file a reply to the Government's opposition briefs, he is **INSTRUCTED** to do so **no later than June 9, 2025.**  Petitioner is advised that if he fails to timely file a reply brief, his § 2255 motion will likely be resolved based on the papers currently before the Court.

The Clerk is **DIRECTED** to forward a copy of this Order to Petitioner and to the United States Attorney's Office in Newport News, Virginia.

**IT IS SO ORDERED**.

_____
/s/
Mark S. Davis
Chief United States District Judge

Norfolk, Virginia
May 9 , 2025